## FLORES-VILLAR v. UNITED STATES

No. 09–5801. Argued November 10, 2010—Decided June 13, 2011

*Steven F. Hubachek*, by appointment of the Court, 559 U. S. 1105, argued the cause for petitioner. With him on the briefs were *Elizabeth M. Barros* and *Vincent J. Brunkow*.

*Deputy Solicitor General Kneedler* argued the cause for the United States. With him on the brief were *Acting Solicitor General Katyal, Assistant Attorneys General West* and *Breuer, Sarah E. Harrington, Donald E. Keener, Carol Federighi, Robert N. Markle,* and *William C. Brown.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE KAGAN took no part in the consideration or decision of this case.

---

*Briefs of *amici curiae* urging reversal were filed for the American Civil Liberties Union et al. by *Sandra S. Park, Steven R. Shapiro, Lenora M. Lapidus, Lee Gelernt, Lucas Guttentag, Jennifer Chang Newell,* and *David Blair Loy;* for Equality Now et al. by *Martha F. Davis;* for the National Immigrant Justice Center et al. by *Brian J. Murray, Charles Roth,* and *Stephen W. Manning;* for the National Women's Law Center et al. by *Deanne E. Maynard, Brian R. Matsui, Seth M. Galanter, Marcia D. Groenberger,* and *Dina R. Lassow;* for Professors of History et al. by *Lorelie S. Masters* and *Lindsay C. Harrison;* and for Scholars on Statelessness by *Max Gitter.*

*Michael M. Hethmon* filed a brief for the Immigration Reform Law Institute as *amicus curiae.*